UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BHS LAW LLP,

            Plaintiff,

     v.

WORLDEX INDUSTRY AND TRADING CO., LTD.,

            Defendant.

Case No.25-cv-04471-SVK

**JUDGMENT**

On December 29, 2025, the Court, in relevant part, granted Defendant Worldex Industry and Trading Co., Ltd.'s ("Worldex") motion to dismiss Counts II-V of the complaint without prejudice and dismissed Count I with leave to amend. Dkt. 76. In the same Order, the Court dismissed Count VI, Plaintiff's claim against Mr. Mendoza, with prejudice. *Id.* On May 11, 2026, the Court dismissed the remaining claim, Count I, against Worldex with prejudice for lack of standing (contingency fee claims) and on the merits (potential hourly fee claims). Dkt. 97 at 8. Accordingly, pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

     **SO ORDERED.**

Dated: May 20, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge